**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GARY W. GARDNER,**
**ADC #95674**                                                                                                **PLAINTIFF**

**V.**                      **CASE NO. 5:12CV00177 JMM/BD**

**CORRECTIONAL MEDICAL SERVICES, et al.**           **DEFENDANTS**

## ORDER

A Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed.[1] The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Gardner's claims against Correctional Medical Services and Ray Hobbs are DISMISSED, without prejudice. His claims for money damages against the Defendants in their official capacities are DISMISSED, with prejudice.

IT IS SO ORDERED, this 25th day of June, 2012.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

---

[1] In his Response to the Partial Recommended Disposition, Plaintiff stated that he has no objection. (ECF No. 14).