IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY W. GARDNER
ADC #95674                                                                                          PLAINTIFF

V.                              NO. 5:12CV00177-JMM-BD

CORRECTIONAL MEDICAL SERVICES *et al.*                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 30th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE