IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY W. GARDNER
ADC #95674                                                                                                    PLAINTIFF

V.                                           No.  5:12CV00177-JMM-BD

CORRECTIONAL MEDICAL SERVICES et al.                              DEFENDANTS

## AMENDED ORDER and JUDGMENT

Pending is the Defendants' unopposed motion to alter the Judgment. (Docket # 51). The motion is GRANTED. The Order and Judgment entered in this case on May 30, 2013 are hereby amended to reflect the dismissal of this case with prejudice. The Judgment is modified to state:

It is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE. This dismissal will not be considered a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 24th day of June, 2013.

_____
James M. Moody
United States District Judge